# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| OSWALDO CRUZ-VASQUEZ, LAZARO FAUSTINO CRUZ-ALDAY, JORGE CRUZ-RIOS, VICTOR MANUEL GONZALEZ-BARTOLON, DAVID LOPEZ-LOPEZ, ZENON JOSE MONTES-LOPEZ, ESTEBAN ORTIZ-VASQUEZ, ROGELIO SANDOVAL-APARICIO, HERIBERTO VASQUEZ-ORTIZ, JORGE CRUZ-GONZALEZ, FRANCISCO HERNANDEZ-HERNANDEZ, RODRIGO LEON-REYES, VICTORINO REYES-SANTIAGO, and ARMANDO SANDOVAL-BARRIOS, Plaintiffs, v. SANDERS FARMS, INC., SANDERS BROTHERS, LLC, and BARTOLO L. HERNANDEZ, Defendants. | * | CV 615-048 |

## ORDER

Having approved the parties' settlement agreement (Doc. 33), the Court finds that dismissal is appropriate pursuant to Plaintiffs' notice of dismissal (Doc. 34) and Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 1ST day of August, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA